IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA H. SCOTT,

    Petitioner,

v.

REED RICHARDSON,

    Respondent.

ORDER

Case No. 19-cv-986-wmc

    Petitioner Joshua H. Scott seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than December 26, 2019. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately June 4, 2019 through the date of the petition, December 4, 2019.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Joshua H. Scott may have until December 26, 2019, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before December 26, 2019, I will assume that petitioner wishes to withdraw this petition.

Entered this 4th day of December, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge