IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA SCOTT,

    Petitioner,

    v.

Case No. 19-cv-986-wmc

Reed Richardson, Warden,
Stanley Correctional Institution,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Reed Richardson denying Joshua Scott's petition for writ of habeas corpus and dismissing this case.

| /s/ | 3/2/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |